H. H. SCRANTON, The (CHURCH v.). See Case No. 2,710a.

HIATT (BROWN, v.). See Case No. 2,011.

## Case No. 6,449a.

### HIATT v. MUTUAL LIFE INS. CO.

[2 Dill. 572, note.][1]

Circuit Court, D. Iowa. May Term, 1873.

LIFE INSURANCE—SUICIDE—INSANITY—BURDEN OF PROOF—CHALLENGE TO JUROR.

[This was an action at law by Hiatt, administrator, etc., against the Mutual Life Insurance Company of New York.] The defense was suicide, to which the plaintiff replied, insanity.

I. N. Kidder and Gatch & Wright, for plaintiff.

Holmes & Reynolds and Polk, Hubbell & Goode, for defendant.

THE COURT ruled:

1. That it was good cause of challenge to

a juror that he considered the fact of suicide as conclusive evidence of insanity.

2. That the burden of proof to establish the insanity was upon the plaintiff. See Swick v. Home Ins. Co. [Case No. 13,692], and cases cited.

3. As to the kind and degree of insanity necessary to be shown to entitle the plaintiff to recover where the assured took his own life, the court followed Terry v. Insurance Co. [Id. 13,839], affirmed in 15 Wall. [82 U. S.] 580.

There was a verdict and judgment for the defendant.

[Cited in Houston & T. C. Ry. Co. v. Terrell (Tex. Sup.) 7 S. W. 672, to the point as stated above in paragraph 1.]

[In 2 Dill. 572, this case is published as a note to Wilkinson v. Union Mut. Life Ins. Co., Case No. 17,676.]